UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 15-09-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS HILL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 42] filed by United States Magistrate Judge Hanly A. Ingram, addressing the Motion to Suppress filed by Defendant Thomas Hill.  [R. 29.]  Defendant Hill was indicted on February 25, 2015, charging him with conspiracy to distribute oxycodone, and he was arraigned on March 10, 2015.  Hill has pled not guilty, and trial currently is scheduled for November 17, 2015.  Hill filed a Motion to Suppress on August 31, 2015, claiming that his rights were violated under *Miranda v. Arizona*, 384 U.S. 436 (1966).  [R. 29.]  Magistrate Judge Ingram conducted an evidentiary hearing on Bowling's motion on September 16, 2015, at which the parties had a full opportunity to present evidence related to the motion.  [R. 37.]

Following the hearing, Judge Ingram filed his Recommended Disposition on October 8, 2015. [R. 42.]   In analyzing the evidence presented, Judge Ingram concludes that Hill was given *Miranda* warnings and voluntarily waived his right to remain silent.  [*Id*. at 9, 14.]  Because this conclusion was based largely upon analysis of the credibility of the witnesses, Judge Ingram

nevertheless further considered the totality of the circumstances and each of the factors in *United States v. Panak*, 552 F.3d 462 (6th Cir. 2009), after which he concluded that Hill was not in custody at the time he made the statements at issue. [*Id*. at 9-14.] Accordingly, Magistrate Ingram recommends that Hill's motion to suppress be denied. [*Id*. at 14.] As noted in the Recommended Disposition and pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the parties were notified to file any objections to the Magistrate Judge's recommendation within fourteen (14) days of service. [*Id.*] As of this date, neither party has filed objections nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v.Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court having considered the record and being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [**R. 42**] as to Defendant Thomas Hill is **ADOPTED** as and for the Opinion of the Court; and

2. Defendant Thomas Hill's Motion to Suppress [**R. 29**] is **DENIED**.

2

This the 29th day of October, 2015.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge