UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA,                  )
                                           )
            Plaintiff,                     )        Crim. No. 6:15-cr-00009-GFVT-HAI
                                           )
v.                                         )
                                           )        **ORDER**
THOMAS HILL,                               )
                                           )
            Defendant.                     )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Hanly A. Ingram.  [R. 90.]  On May 9, 2016, this Court sentenced Defendant Hill to 120 months imprisonment followed by four years supervised release.  [R. 67.]  Defendant Hill was released on December 14, 2022.  [R. 90 at 1.]  On March 28, 2025, the United States Probation Office issued a Supervised Release Violation Report charging Defendant Hill with one supervised release violation that encompasses two conditions of supervised release.  *Id.*  The report indicated that Defendant Hill violated the condition prohibiting commission of another federal, state, or local crime, and the condition prohibiting unlawful possession and use of a controlled substance.  *Id.*

On January 20, 2026, Defendant Hill appeared before Judge Ingram for an initial appearance, pursuant to Federal Rule of Criminal Procedure 32.1.  [R. 88.]  On February 9, 2026, Defendant Hill appeared before Judge Ingram for his final hearing.  [R. 89.]  At the final hearing, the United States moved to amend the violation down from a Grade A violation (for drug trafficking) to a Grade B violation (for drug possession).  [R. 90 at 3.]  Judge Ingram found that Defendant Hill knowingly, voluntarily, and intelligently stipulated to the violation allegation, as

amended down.  *Id.*  After the final hearing, Judge Ingram issued the instant Report and Recommendation in which he evaluated the entire record and recommended that the Court adopt the parties' joint recommendation of revocation with ten months of imprisonment, followed by two years of supervised release.  *Id.* at 8.  Defendant Hill initially preserved his right to allocution but has since filed a waiver of allocution in the record.  [R. 92.]

Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Report and Recommendation advises the parties that objections must be filed within fourteen (14) days of service.  *Id.* at 11-12; *see* 28 U.S.C. § 636(b)(1).  More than fourteen days have passed, and neither party has objected to the Report and Recommendation.  Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made.  28 U.S.C. § 636(b)(1)(c).  But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard."  *See Thomas v. Arn,* 474 U.S. 140, 151 (1985).  Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981).  Nevertheless, the Court has examined the record and agrees with Judge Ingram's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 90]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Thomas Hill is found **GUILTY** of Violation #1 as charged by the United States Probation Office;

3. Defendant Thomas Hill's current term of supervised release is **REVOKED**;

4. Defendant Thomas Hill is **SENTENCED** to a term of incarceration of ten (10) months with an additional **two years** supervision under the conditions previously imposed; and

5. The Allocution Hearing in this matter, currently set for **March 18, 2026**, is **CANCELLED**.

This the 17th day of March, 2026.

Gregory F. Van Tatenhove
United States District Judge